Andrew O. Smith, Esq., SBN 217538
Carey J. Ramin, Esq., SBN 300610
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: aosmith@pettitkohn.com
          cramin@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ FELIX-LIN, | CASE NO.:  2:22-cv-4354 |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)** |
| WALMART, INC.; WALMART STORE #2292 AND DOES 1 TO 20, INCLUSIVE, | Courtroom:<br>District Judge:<br>Magistrate Judge:<br>Complaint Filed:  March 15, 2022<br>Trial Date:       Not Set |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALMART INC. ("Walmart"), by and through its counsel, hereby removes the above-entitled action filed by Plaintiff DENIZ FELIX-LIN ("Plaintiff") in the Superior Court of the State of California, County of Los Angeles, Case No. 22STCV09208, to the United States District Court, Central District of California, pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

1.      On March 15, 2022, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Deniz Felix-Lin v. Walmart Inc., et al.*, Case Number 22STCV09208 ("the State Action").  A copy of the summons and complaint filed in the State Action is attached hereto as Exhibit 1.

2354-9559

1

1    2.    Plaintiff's complaint asserts causes of action for general negligence

2    and premises liability. (Exhibit 1.)

3    3.    The complaint seeks to recover compensatory damages according to

4    proof, including wage loss, hospital and medical expenses, general damage,

5    property damage, loss of earning capacity, and pre and post judgment interest.

6    (Exhibit 1, page 3.)

7    **DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)**

8    4.    This Court has jurisdiction over this matter under 28 U.S.C. § 1332 (a)

9    (1), because there is complete diversity as the parties are citizens of different states,

10   and the amount in controversy exceeds $75,000.00.  Removal is therefore proper

11   pursuant to 28 U.S.C. §§ 1441 (a) and (b).

12   5.    Plaintiff is a citizen of the State of California. Plaintiff is domiciled in

13   California and presently does not have plans to move out of the state of California.

14   A copy of Walmart's Requests for Admission and Plaintiff's verified responses are

15   attached hereto as Exhibit 2, and Walmart's Special Interrogatories and Plaintiff's

16   verified responses are attached hereto as Exhibit 3.

17   6.    Walmart is a citizen of Delaware where it is incorporated, and of

18   Arkansas, where it holds its principal place of business (in Bentonville, Arkansas).

19   Copies of Walmart's corporate information from the California Secretary of State

20   Business Search and the Arkansas Secretary of Business/Commercial Services are

21   attached hereto as Exhibits 4 and 5, respectively.

22   7.    Plaintiff also improperly named "Walmart Store #2292" as a defendant

23   in this action. "Walmart Store #2292" is not a real entity. "Walmart Store #2292" is

24   merely the internal name for the store operated by Walmart. Walmart has already

25   appeared in the matter and is the Walmart entity associated with the operation of

26   the store where Plaintiff's incident occurred. A copy of a search on the California

27   Secretary of State Business Search showing no entity under the name "Walmart

28   Store #2292" is attached hereto as Exhibit 6.

2354-9559

NOTICE OF REMOVAL OF ACTION
CASE NO. 2:22-CV-4354

1   8.      Plaintiff claims the amount in controversy exceeds $75,000.

2   (Exhibit 2, Plaintiff's response to Request for Admission No. 1.)

3   9.      Plaintiff's response to written discovery regarding Plaintiff's

4   California citizenship and amount in controversy was served to Walmart on

5   May 31, 2022. Removal is timely under 28 U.S.C. section 1446 (b) because this

6   Notice of Removal is filed within 30 days of Walmart receiving the responses to

7   discovery showing that the case is removable.

8   10.     Because the State Action is pending in the Superior Court of California

9   in and for the County of Los Angeles, removal of this action to this District Court is

10   proper under 28 U.S.C. section 1441 (a).

11   11.      Written notice of the filing of this Notice of Removal will be promptly

12   served on Plaintiff.  A true and correct copy of this Notice of Removal and the

13   concurrently-filed Notice of Interested Parties and Civil Cover Sheet will be filed

14   with the Clerk of the Superior Court of the State of California in and for the County

15   of Los Angeles as soon as practicable.

16   WHEREFORE, Walmart requests that the above-entitled action be removed

17   from the Superior Court of the State of California, County of Los Angeles, to this

18   District Court.

19   **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

21   Dated:  June 24, 2022      By:   s/ *Carey J. Ramin*
Andrew O. Smith, Esq.

22   Carey J. Ramin, Esq.
Attorneys for Defendant

23   **WALMART INC.**
aosmith@pettitkohn.com

24   cramin@pettitkohn.com

2354-9559

3

Electronically FILED by Superior Court of California, County of Los Angeles on 03/15/2022 08:01 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton, Deputy Clerk
22STCV09208

# SUMMONS
## *(CITACION JUDICIAL)*

**SUM-100**

**NOTICE TO DEFENDANT:** WALMART, INC.; WALMART STORE
*(AVISO AL DEMANDADO):* #2292 AND DOES 1 THROUGH 20,
INCLUSIVE,

**YOU ARE BEING SUED BY PLAINTIFF:** DENIZ FELIX-LIN,
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
LOS ANGELES COUNTY SUPERIOR COURT
312 N. SPRING STREET
LOS ANGELES, CA 90012

CASE NUMBER:
*(Número del Caso):*
22STCV09208

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
KRYSTALE ROSAL SBN 272531       626-856-5856     626-386-5520
FIORE LEGAL, INC.
136 E. LEMON AVENUE
MONROVIA, CA 91016

Sherri R. Carter Executive Officer / Clerk of Court

DATE: 03/15/2022                          Clerk, by   R. Clifton          , Deputy
*(Fecha)*                                  *(Secretario)*                  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

Exhibit 1
4

Electronically FILED by Superior Court of California, County of Los Angeles on 03/15/2022 09:01 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton,Deputy Clerk
22STCV09208

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Daniel Crowley

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| KRYSTALE ROSAL SBN 272531<br>FIORE LEGAL, INC.<br>136 E. LEMON AVENUE<br>MONROVIA, CA 91016<br><br>TELEPHONE NO: 626-856-5856    FAX NO. *(Optional):* 626-386-5520<br>E-MAIL ADDRESS *(Optional):* krosal@fiorelegal.com<br>ATTORNEY FOR *(Name):* PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 312 N. SPRING STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME:

PLAINTIFF: DENIZ FELIX-LIN,

DEFENDANT: WALMART, INC.; WALMART STORE #2292 AND

[X] DOES 1 TO  20, INCLUSIVE,

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number):*
Type *(check all that apply):*
[ ] **MOTOR VEHICLE**     [X] **OTHER** *(specify):* PREMISES LIABILITY
[ ] **Property Damage**     [ ] **Wrongful Death**
[X] **Personal Injury**     [ ] **Other Damages** *(specify):*

**Jurisdiction** *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE**
   Amount demanded     [ ] **does not exceed $10,000**
                    [ ] **exceeds $10,000, but does not exceed $25,000**
[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED** by this amended complaint
    [ ] **from limited to unlimited**
    [ ] **from unlimited to limited**

CASE NUMBER:

22STCV09208

1. **Plaintiff** *(name or names):* DENIZ FELIX-LIN,

   alleges causes of action against **defendant** *(name or names):* WALMART, INC.; WALMART STORE #2292

2. This pleading, including attachments and exhibits, consists of the following number of pages:     5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

Exhibit 1

5

PLD-PI-001

| SHORT TITLE: FELIX-LIN V. WALMART, INC.; ET AL. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* WALMART, INC.

   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   b. ☒ **except** defendant *(name):* WALMART STORE #2292

   (1) ☒ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1 TO 10              were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants *(specify Doe numbers):* 11 TO 20              are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Exhibit 1
6

PLD-PI-001

| SHORT TITLE: FELIX-LIN V. WALMART, INC.; ET AL. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle
b. ☒ General Negligence
c. ☐ Intentional Tort
d. ☐ Products Liability
e. ☒ Premises Liability
f. ☐ Other *(specify):*

11. Plaintiff has suffered

a. ☒ wage loss
b. ☐ loss of use of property
c. ☒ hospital and medical expenses
d. ☒ general damage
e. ☒ property damage
f. ☒ loss of earning capacity
g. ☒ other damage *(specify):* PRE AND POST JUDGMENT INTEREST

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
a. ☐ listed in Attachment 12.
b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
a. (1) ☒ compensatory damages
   (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
   (1) ☒ according to proof
   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 03/08/2022

MAURO FIORE, JR.
(TYPE OR PRINT NAME)

► *[signature]*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**Page 3 of 3**

Exhibit 1
7

PLD-PI-001(2)

| SHORT TITLE:  FELIX-LIN V. WALMART, INC.; ET AL. | CASE NUMBER: |
|---|---|

FIRST                          **CAUSE OF ACTION—General Negligence**          Page   4
_____
(number)

ATTACHMENT  TO   ☒ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1.  Plaintiff *(name)*:   DENIZ FELIX-LIN,

        alleges that defendant *(name)*:   WALMART, INC.; WALMART STORE #2292 AND


        ☒ Does   1_____  to   20, INCLUSIVE,

        was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant
        negligently caused the damage to plaintiff
        on *(date)*:   03/24/2020
        at *(place)*:   1275 N. AZUSA AVE., COVINA, CA 91722

        *(description of reasons for liability):*
        DEFENDANTS NEGLIGENTLY, CARELESSLY AND RECKLESSLY HIRED, EMPLOYED, TRAINED AND
        RETAINED THEIR EMPLOYEE WHO WHILE OPERATING A PALLET JACK DURING THEIR SCOPE OF
        THEIR EMPLOYMENT FOR DEFENDANT, STRUCK PLAINTIFF WITH THE PALLET JACK. AS A
        RESULT PLAINTIFF SUSTAINED DAMAGES AND PHYSICAL INJURIES AS ALLEGED HEREIN.

**Page 1 of 1**

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal
Solutions
Plus

Code of Civil Procedure 425.12

Exhibit 1
8

PLD-PI-001(4)

| SHORT TITLE: FELIX-LIN V. WALMART, INC.; ET AL. | CASE NUMBER: |
|---|---|

SECOND _____   **CAUSE OF ACTION—Premises Liability**     Page __5__
   (number)

ATTACHMENT TO   [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.   Plaintiff *(name)*: DENIZ FELIX-LIN,
   alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
   On *(date)*: 03/24/2020                      plaintiff was injured on the following premises in the following

   fashion *(description of premises and circumstances of injury)*:
   DEFENDANTS NEGLIGENTLY, CARELESSLY AND RECKLESSLY HIRED, EMPLOYED,
   TRAINED AND RETAINED THEIR EMPLOYEE WHO WHILE OPERATING A PALLET JACK
   DURING THEIR SCOPE OF THEIR EMPLOYMENT FOR DEFENDANT, STRUCK PLAINTIFF
   WITH THE PALLET JACK. AS A RESULT PLAINTIFF SUSTAINED DAMAGES AND
   PHYSICAL INJURIES AS ALLEGED HEREIN.

Prem.L-2.   [X] **Count One--Negligence**  The defendants who negligently owned,  maintained,  managed and operated
   the described premises were *(names)*:  WALMART STORE #2292 AND

   [X] Does _1_____ to _20_____

Prem.L-3.   [ ] **Count Two--Willful Failure to Warn**   [Civil Code section 846] The defendant owners who willfully
   or maliciously failed to guard or warn against a dangerous condition,  use,  structure,  or activity were
   *(names)*:

   [ ] Does _____ to _____
   Plaintiff,  a recreational user,  was   [ ] an invited guest   [ ] a paying guest.

Prem.L-4.   [ ] **Count Three--Dangerous Condition of Public Property**   The defendants who owned public property
   on which a dangerous condition existed were *(names)*:

   [ ] Does _____ to _____
   a.  [ ]   The defendant public entity had  [ ] actual  [ ] constructive notice of the existence of the
      dangerous condition in sufficient time prior to the injury to have corrected it.
   b.  [ ]   The condition was created by employees of the defendant public entity.

Prem.L-5.  a.  [X] **Allegations about Other Defendants**   The defendants who were the agents and employees of the
   other defendants and acted within the scope of the agency were *(names)*: WALMART STORES,
   INC.; WALMART STORE #2292 AND

   [X] Does _1_____ to _20_____
   b.  [ ]   The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
      [ ] described in attachment Prem.L-5.b  [ ] as follows *(names)*:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

Exhibit 1
9

Andrew N. Kohn, Esq., SBN 166385
Carey J. Ramin, Esq., SBN 300610
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: akohn@pettitkohn.com
            cramin@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| DENIZ FELIX-LIN,<br><br>                    Plaintiff,<br><br>v.<br><br>WALMART, INC.; WALMART STORE #2292 AND DOES 1 TO 20, INCLUSIVE,<br><br>                    Defendants. | CASE NO.:  22STCV09208<br><br>**DEFENDANT WALMART INC.'S REQUESTS FOR ADMISSION PROPOUNDED TO PLAINTIFF DENIZ FELIX-LIN**<br><br>**(SET ONE)**<br><br><br>Dept.:          28<br>Judge:         Hon. Daniel M. Crowley<br>Filed:          March 15, 2022<br>Trial:          Not set |

PROPOUNDING PARTY:          Defendant WALMART INC.

RESPONDING PARTY:          Plaintiff DENIZ FELIX-LIN

SET NUMBER:                    ONE (1)

        Defendant WALMART INC. ("Defendant"), pursuant to Code of Civil Procedure section 2033.010 et seq., requests that Plaintiff DENIZ FELIX-LIN ("Plaintiff") admit the truth to the following specified matters of fact, opinion relating to fact, or application of relative fact, and return the signed responses within thirty days of service of this Requests for Admission.

        Pursuant to Code of Civil Procedure section 2033.210 et seq., Plaintiff shall respond in writing under oath separately to each request or set forth an objection to the particular request.

2354-9559

1

Exhibit 2
10

Each answer in response shall be as "complete and straightforward as the information reasonably available to the responding party permits." Moreover, each response shall comply with the strict requirements of Code of Civil Procedure section 2033.010 et seq. Additionally, Defendant formally gives notice of its intent to recover expenses incurred in proving matters not admitted by Plaintiff that Defendant later proves the truth of, pursuant to Code of Civil Procedure section 2033.420 et seq.

## **REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:**

Admit the amount on controversy for this matter exceeds $75,000.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU have lived in California for more than ten years. (As used herein, "YOU" or "YOUR" means Plaintiff DENIZ FELIX-LIN.)

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU have worked in California for more than ten years.

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU do have no plans on moving out of the state of California.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU are domiciled in California.

**REQUEST FOR ADMISSION NO. 6:**

Admit that in the last five years, YOU have paid California taxes.

**REQUEST FOR ADMISSION NO. 7:**

Admit that in the last five years, YOU have not paid taxes in any other states.

**REQUEST FOR ADMISSION NO. 8:**

Admit that DEFENDANT was not negligent in this matter. (As used herein, "DEFENDANT" refers to Defendant WALMART INC. and its agents, employees, insurance companies, and their agents, their employees, their attorneys, their accountants, their investigators, and anyone else acting on their behalf.)

///

2354-9559

2

**REQUEST FOR ADMISSION NO. 9:**

Admit that DEFENDANT breached no duty to YOU on the date of the INCIDENT. (As used herein, "INCIDENT" includes the circumstances and events surrounding the alleged occurrences giving rise to this action as alleged in YOUR COMPLAINT. "COMPLAINT" means the operative Complaint filed by YOU in this action, *DENIZ FELIX-LIN v. WALMART INC.*, Superior Court of the State of California for the County of Los Angeles, Case Number 22STCV09208.)

**REQUEST FOR ADMISSION NO. 10:**

Admit that YOU were not injured as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 11:**

Admit that there were caution signs, carts or other warning objects in the area where the alleged INCIDENT occurred prior to the INCIDENT.

**REQUEST FOR ADMISSION NO. 12:**

Admit that a DEFENDANT employee gave YOU verbal warnings prior to the INCIDENT occurring.

**REQUEST FOR ADMISSION NO. 13:**

Admit that YOU do not possess any photographs, videos, films or depictions that depict or describe the injuries YOU contend, were caused by the INCIDENT.

**REQUEST FOR ADMISSION NO. 14:**

Admit that YOUR injuries were caused, in whole, by YOU.

**REQUEST FOR ADMISSION NO. 15:**

Admit that YOUR injuries were caused, in part, by YOU.

**REQUEST FOR ADMISSION NO. 16:**

Admit that YOU failed to exercise reasonable care in relation to the INCIDENT.

**REQUEST FOR ADMISSION NO. 17:**

Admit that YOU were aware of the alleged dangerous condition at DEFENDANT's premises.

///

2354-9559

Exhibit 2
12

**REQUEST FOR ADMISSION NO. 18:**

Admit that DEFENDANT did not have actual notice of the dangerous condition YOU allege caused the INCIDENT

**REQUEST FOR ADMISSION NO. 19:**

Admit that DEFENDANT did not have constructive notice of the dangerous condition YOU allege caused the INCIDENT.

**REQUEST FOR ADMISSION NO. 20:**

Admit that the injuries YOU alleged were caused by the INCIDENT were not the result of a dangerous condition.

**REQUEST FOR ADMISSION NO. 21:**

Admit that YOU did not receive any medical care or treatment within the period of time six (6) months prior to the INCIDENT.

**REQUEST FOR ADMISSION NO. 22:**

Admit that YOU did not receive any medical care or treatment in the last ten (10) years that related to the same parts of YOUR body that were allegedly injured in the INCIDENT.

**REQUEST FOR ADMISSION NO. 23:**

Admit that YOU do not need any further medical care as a result of the alleged INCIDENT.

**REQUEST FOR ADMISSION NO. 24:**

Admit that YOU saw the Walmart employee with the pallet jack before the INCIDENT.

**REQUEST FOR ADMISSION NO. 25:**

Admit that on the date of the INCIDENT, YOU failed to move away from the pallet jack when YOU saw the Walmart employee.

**REQUEST FOR ADMISSION NO. 26:**

Admit that YOU did not incur past wage loss as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 27:**

Admit that YOU will not incur future wage loss as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 28:**

Admit YOU have no loss of earning capacity as a result of the INCIDENT.

4

1   **REQUEST FOR ADMISSION NO. 29:**

2       Admit that YOU have not missed any time at YOUR work as a result of the INCIDENT.

3   **REQUEST FOR ADMISSION NO. 30:**

4       Admit that YOU did not seek work accommodations as a result of the INCIDENT.

5   **REQUEST FOR ADMISSION NO. 31:**

6       Admit YOU are not making a claim of mental distress over and above that usually

7   associated with the physical injuries claimed in this litigation.

8   **REQUEST FOR ADMISSION NO. 32:**

9       Admit YOU are not making a claim of emotional distress over and above that usually

10   associated with the physical injuries claimed in this litigation.

11                                          **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

12

13   Dated:  April 29, 2022              By:  _____
                                             Andrew N. Kohn, Esq.
14                                           Carey J. Ramin, Esq.
                                             Attorneys for Defendant
15                                           **WALMART INC.**

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          5
          DEFENDANT WALMART INC.'S REQUESTS FOR ADMISSION PROPOUNDED TO
                    PLAINTIFF DENIZ FELIX-LIN (SET ONE)

Exhibit 2
14

**PROOF OF SERVICE**
*Deniz Felix-Lin v. Walmart Inc., et al.*
**Los Angeles County Superior Court Case No. 22STCV09208**

I, the undersigned, declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action.  I am employed in the County of San Diego, California, and my business address is 11622 El Camino Real, Suite 300, San Diego, California 92130.

On **April 29, 2022,** I caused to be served the following document:

- **DEFENDANT WALMART INC.'S REQUESTS FOR ADMISSION PROPOUNDED TO PLAINTIFF DENIZ FELIX-LIN (SET ONE)**

**[X]     BY ELECTRONIC DELIVERY (Code Civ. Proc. § 1010.6 and Cal. Rules of Court, rule 2.251):**  Based on an agreement between the parties to accept service by e-mail or electronic transmission, I caused such document(s) to be electronically served to those parties listed below from e-mail address lzamora@pettitkohn.com.  The file transmission was reported as complete and a copy of the Service Receipt will be maintained with the original document(s) in our office.

Krystale Rosal, Esq.
FIORE LEGAL, INC.
136 E. Lemon Avenue
Monrovia, CA 91016
Tel:     (626) 856-5856
Fax:     (626) 386-5520
Email: krosal@fiorelegal.com
**Attorneys for Plaintiff**
**DENIZ FELIX-LIN**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 29, 2022,** at San Diego, California.

_____
Luis Zamora

2354-9559

6

1  Mauro Fiore, Jr., Esq., State Bar No. 196857
   Krystale Rosal, Esq., State Bar No. 272531
2  **FIORE LEGAL, INC.**
   136 E. Lemon Ave.
3  Monrovia, CA 91016
   Telephone No.: (626) 856-5856
4  Facsimile No.: (626) 386-5520

5
   Attorneys for Plaintiff, DENIZ FELIX-LIN
6

7
                 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
                        **COUNTY OF LOS ANGELES**
9

10
11  DENIZ FELIX-LIN,                      )  Case No.:  22STCV09208
                                          )  [*Assigned to Hon. Daniel M. Crowley*
12            Plaintiff,                   )  *Dept. 28*]
                                          )
13       v.                               )  **PLAINTIFF'S RESPONSES TO**
                                          )  **DEFENDANT'S REQUEST FOR**
14  WALMART, INC.; WALMART                )  **ADMISSIONS, SET NO. ONE**
    STORE#2292, AND DOES 1 TO 20,         )
15  INCLUSIVE,                            )  Complaint Filed: March 15, 2022
                                          )  Trial Date: September 12, 2023
16            Defendants.                 )
                                          )
17  _____)

18

19        **PROPOUNDING PARTY:**   Defendant, WALMART, INC.

20        **RESPONDING PARTY:**    Plaintiff, DENIZ FELIX-LIN

21        **SET NO.:**             ONE (1)

22
          Pursuant to the Code of Civil Procedure § 2033.210 *et. seq.*, Plaintiff, DENIZ FELIX-LIN,
23
    hereby responds to Defendant, WALMART, INC.'s Request for Admissions, Set No. One, as
24
    follows:

25                          **PRELIMINARY STATEMENT**

26        Plaintiff has responded to all requests to the extent that information is presently known.

27  However, discovery, investigation and preparation for trial in this matter has not been completed

28                                      **1**

as of the date of these responses, and therefore does not purport to state herein anything more than information presently known or discovered. Plaintiff reserves the right to continue discovery and investigation in this matter for facts, witnesses, and supporting data that may reveal information, which if had been previously within her knowledge, would have been included in these responses. Consequently, Plaintiff is not precluded from presenting evidence at trial relating to discovery taken after the date of this response. This preliminary statement is incorporated into each of these responses set forth in full.

## RESPONSES TO REQUESTS FOR ADMISSION

**RESPONSE TO REQUEST FOR ADMISSION NO. 1**:

Admit.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4**:

Admits in part. Presently, plaintiff has no plans on moving out of California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5**:

Admit.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6**:

Admit.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7**:

Admit.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10**:

Deny.

///

**2**

PLAINTIFF'S RESPONSES TO DEFENDANT'S
REQUEST FOR ADMISSIONS, SET NO. ONE

Exhibit 2
17

**RESPONSE TO REQUEST FOR ADMISSION NO. 11**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21**:

Admit.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22**:

Admit.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23**:

Deny.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24**:

Deny.

PLAINTIFF'S RESPONSES TO DEFENDANT'S
REQUEST FOR ADMISSIONS, SET NO. ONE

Exhibit 2
18

1

**RESPONSE TO REQUEST FOR ADMISSION NO. 25**:

    Deny.

2

**RESPONSE TO REQUEST FOR ADMISSION NO. 26**:

3

    Admit.

4

**RESPONSE TO REQUEST FOR ADMISSION NO. 27**:

5

    Admit.

6

**RESPONSE TO REQUEST FOR ADMISSION NO. 28**:

7

    Admit.

8

**RESPONSE TO REQUEST FOR ADMISSION NO. 29**:

9

    Admit.

10

**RESPONSE TO REQUEST FOR ADMISSION NO. 30**:

11

    Admit.

12

**RESPONSE TO REQUEST FOR ADMISSION NO. 31**:

13

    Admit.

14

**RESPONSE TO REQUEST FOR ADMISSION NO. 32**:

15

    Admit.

16

DATED:   May 31, 2022           **FIORE LEGAL, INC.**

17

18

19

By:_____-

20

    Mauro Fiore, Jr., Esq.

21

    Krystale Rosal, Esq.
    Attorneys for Plaintiff,

22

    DENIZ FELIX-LIN

23

24

25

26

27

28

**4**

PLAINTIFF'S RESPONSES TO DEFENDANT'S
REQUEST FOR ADMISSIONS, SET NO. ONE

Exhibit 2
19

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF** Los Angeles

I have read the foregoing  Plaintiff's Responses to Defendant's Request for Admissions, Set No. One
_____  and know its contents.

### X  CHECK APPLICABLE PARAGRAPHS

[X]  I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ]  I am [ ] an Officer [ ] a partner _____ a _____ of _____ , a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.  [ ]  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.  [ ]  The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ]  I am one of the attorneys for _____ a party to this action.  Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ May 31, 2022 _____ , at _____ Montclair _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____Deniz Felix-Lin_____          _____
Type or Print Name                                       Signature

### PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF**

I am employed in the county of _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____
_____

On, _____ I served the foregoing document described as _____
_____
_____ on _____ in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] **BY MAIL**

[ ] *I deposited such envelope in the mail at _____ , California. The envelope was mailed with postage thereon fully prepaid.

[ ] As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

[ ]  **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

[ ] (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____          _____
Type or Print Name                                       Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
Plus                                                                          Rev. 7/99

## PROOF OF SERVICE
### [C.C.P. Sections 1013a and 2015.5]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action.  My business address is 136 E. Lemon Avenue, Monrovia, CA 91016.

On May 31, 2022, I served the following documents: **PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS, SET NO. ONE** on the interested parties to this action, by placing a true copy thereof in an envelope addressed as shown below, by the following means of service:

| | |
|---|---|
| Andrew N. Kohn, Esq.<br>Carey J. Ramin, Esq.<br>**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**<br>11622 El Camino Real, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 755-8500<br>Facsimile: (858) 755-8504<br>Email: akohn@pettitkohn.com<br>Email: cramin@pettitkohn.com | ***Counsel for Defendant,*** WALMART, INC. |

[XX]   ONLY BY ELECTRONIC TRANSMISSION: Only by e-mailing the document(s) to the person at the e-mail address(es) listed based on notice that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore only using electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after transmission.

[   ]   BY FACSIMILE:   From facsimile number 626-386-5520, I caused each document to be transmitted by facsimile machine, to the parties and numbers indicated above, pursuant to Rule 2008.   The facsimile machine I used to complied with rule 2003(3) and no error was reported by the machine.   Pursuant to Rule 1008(e)(4), I caused the machine to print a record of the transmission, a copy of which is attached hereto.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on May 31, 2022, at Monrovia, California.

/s/

_____

Johnny Alvarez

**5**

PLAINTIFF'S RESPONSES TO DEFENDANT'S
REQUEST FOR ADMISSIONS, SET NO. ONE

Exhibit 2
21

1    Andrew N. Kohn, Esq., SBN 166385
     Carey J. Ramin, Esq., SBN 300610
2    **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
     11622 El Camino Real, Suite 300
3    San Diego, CA 92130
     Telephone: (858) 755-8500
4    Facsimile: (858) 755-8504
     E-mail: akohn@pettitkohn.com
5           cramin@pettitkohn.com

6    Attorneys for Defendant
     **WALMART INC.**

7

8               **SUPERIOR COURT OF CALIFORNIA**

9                 **COUNTY OF LOS ANGELES**

10

11   DENIZ FELIX-LIN,              CASE NO.:  22STCV09208

12          Plaintiff,       **DEFENDANT WALMART INC.'S**
                         **SPECIAL INTERROGATORIES**
13   v.                        **PROPOUNDED TO PLAINTIFF DENIZ**
                         **FELIX-LIN**
14   WALMART, INC.; WALMART STORE
     #2292 AND DOES 1 TO 20, INCLUSIVE,  **(SET ONE)**
15

16         Defendants.

17                     Dept.:      28
                         Judge:   Hon. Daniel M. Crowley
18                     Filed:    March 15, 2022
                         Trial:    Not set

19

20   PROPOUNDING PARTY:      Defendant WALMART INC.

21   RESPONDING PARTY:       Plaintiff DENIZ FELIX-LIN

22   SET NUMBER:           ONE (1)

23       Defendant WALMART INC. ("Defendant"), by and through its attorneys, Pettit Kohn

24   Ingrassia Lutz & Dolin PC, hereby requests that Plaintiff DENIZ FELIX-LIN ("Plaintiff")

25   respond to the following interrogatories separately and fully in writing and under oath pursuant

26   to Code of Civil Procedure section 2030.010 et seq., and that the responses be signed by the

27   person making them and be served on Pettit Kohn Ingrassia Lutz & Dolin PC, located at

28   11622 El Camino Real, Suite 300, San Diego, California, within the time required by law.

2354-9559

Exhibit 3
22

1    Defendant refers to sections 1 through 4 of Judicial Council Official Form Interrogatories which

2    are specifically incorporated herein by reference.

3                                **SPECIAL INTERROGATORIES**

4    **SPECIAL INTERROGATORY NO. 1:**

5            Are YOU a citizen of California? (As used herein, "YOU" or "YOUR" means Plaintiff

6    DENIZ FELIX-LIN.)

7    **SPECIAL INTERROGATORY NO. 2:**

8            Do YOU intend to move out of California in the next five years?

9    **SPECIAL INTERROGATORY NO. 3:**

10           Do YOU intend to live in California indefinitely?

11   **SPECIAL INTERROGATORY NO. 4:**

12           Do YOU contend that your alleged damages resulting from the INCIDENT amount to

13   more than $75,000? (As used herein, "INCIDENT" includes the circumstances and events

14   surrounding the alleged occurrences on March 24, 2020 giving rise to this action as alleged in

15   YOUR COMPLAINT. "COMPLAINT" means the operative Complaint filed by YOU in this

16   action, *DENIZ FELIX-LIN v. WALMART INC.*, Superior Court of the State of California for the

17   County of Los Angeles, Case Number 22STCV09208.)

18   **SPECIAL INTERROGATORY NO. 5:**

19           Please state each and every way YOU contend that DEFENDANT was negligent. (As

20   used herein, "DEFENDANT" refers to Defendant WALMART INC. and its agents, employees,

21   insurance companies, and their agents, their employees, their attorneys, their accountants, their

22   investigators, and anyone else acting on their behalf.)

23   **SPECIAL INTERROGATORY NO. 6:**

24           Please IDENTIFY all persons who support YOUR contention that DEFENDANT was

25   negligent. (As used herein, "IDENTIFY" means by name, address, and phone number.)

26   **SPECIAL INTERROGATORY NO. 7:**

27           Please IDENTIFY each and every person who accompanied YOU to DEFENDANT's

28   premises on the date of the INCIDENT.

2354-9559

2

DEFENDANT WALMART INC.'S SPECIAL INTERROGATORIES PROPOUNDED TO
PLAINTIFF DENIZ FELIX-LIN (SET ONE)

Exhibit 3
23

**SPECIAL INTERROGATORY NO. 8:**

Please IDENTIFY each and every employee or agent of DEFENDANT that YOU spoke to about the INCIDENT.

**SPECIAL INTERROGATORY NO. 9:**

Please describe exactly how the INCIDENT occurred.

**SPECIAL INTERROGATORY NO. 10:**

Please state where YOU were looking at the time of the incident.

**SPECIAL INTERROGATORY NO. 11:**

Please describe with specificity any problems YOU had with YOUR vision on the date of the INCIDENT, including any vision assistance devises worn on that date.

**SPECIAL INTERROGATORY NO. 12:**

Please describe with specificity all items YOU were carrying or pushing at the time of the INCIDENT.

**SPECIAL INTERROGATORY NO. 13:**

Please IDENTIFY DEFENDANT's employees who were within YOUR immediate vicinity at the time of the INCIDENT.

**SPECIAL INTERROGATORY NO. 14:**

Please IDENTIFY the employee who was allegedly operating the pallet jack at the time of the INCIDENT.

**SPECIAL INTERROGATORY NO. 15:**

Please describe the items on the pallet jack the employee was allegedly operating at the time of the INCIDENT.

**SPECIAL INTERROGATORY NO. 16:**

Please state YOUR best estimate of the amount of time that elapsed from the time YOU arrived at DEFENDANT's premises on the date of the INCIDENT to the time that YOU were injured.

///

///

2354-9559

3

DEFENDANT WALMART INC.'S SPECIAL INTERROGATORIES PROPOUNDED TO
PLAINTIFF DENIZ FELIX-LIN (SET ONE)

Exhibit 3
24

1  **SPECIAL INTERROGATORY NO. 17:**

2      Please state YOUR best estimate of the total amount of time YOU spent at

3  DEFENDANT's premises on the date of the INCIDENT.

4  **SPECIAL INTERROGATORY NO. 18:**

5      Describe with specificity the location at DEFENDANT's premises where the INCIDENT

6  occurred.

7  **SPECIAL INTERROGATORY NO. 19:**

8      Describe with specificity any warning signs or objects near the area where the INCIDENT

9  occurred.

10  **SPECIAL INTERROGATORY NO. 20:**

11      Please describe with as much specificity as possible the unsafe or dangerous condition

12  which YOU allege caused YOUR injury.

13  **SPECIAL INTERROGATORY NO. 21:**

14      If YOU contend DEFENDANT possessed actual knowledge of a dangerous or unsafe

15  condition, please state with specificity each and every fact that supports YOUR contentions.

16  **SPECIAL INTERROGATORY NO. 22:**

17      If YOU contend DEFENDANT possessed constructive knowledge of the dangerous or

18  unsafe condition, please state with specificity each and every fact that supports YOUR

19  contention.

20  **SPECIAL INTERROGATORY NO. 23:**

21      Please state with specificity when YOU first reported the INCIDENT to DEFENDANT.

22  **SPECIAL INTERROGATORY NO. 24:**

23      Please describe the wage loss YOU contend YOU suffered as a result of the INCIDENT.

24  **SPECIAL INTERROGATORY NO. 25:**

25      Please describe the hospital and medical expenses YOU contend YOU suffered as a result

26  of the INCIDENT.

27  ///

28  ///

2354-9559

4

DEFENDANT WALMART INC.'S SPECIAL INTERROGATORIES PROPOUNDED TO
PLAINTIFF DENIZ FELIX-LIN (SET ONE)

Exhibit 3
25

1    **SPECIAL INTERROGATORY NO. 26:**

2         Please describe the property damage YOU contend YOU suffered as a result of the

3    INCIDENT.

4    **SPECIAL INTERROGATORY NO. 27:**

5         Please describe the loss of earning capacity YOU contend YOU suffered as a result of the

6    INCIDENT.

7    **SPECIAL INTERROGATORY NO. 28:**

8         Please state all facts that support YOUR contention that "DEFENDANTS

9    NEGLIGENTLY, CARELESSLY AND RECKLESSLY HIRED, EMPLOYED, TRAINED

10   AND RETAINED THEIR EMPLOYEE WHO WHILE OPERATING A PALLET JACK

11   DURING THEIR SCOPE OF THEIR EMPLOYMENT FOR DEFENDANT, STRUCK

12   PLAINTIFF WITH THE PALLET JACK" as alleged in the COMPLAINT.

13   **SPECIAL INTERROGATORY NO. 29:**

14        Please IDENTIFY all medical locations YOU sought treatment in the last 10 years for the

15   same areas of the body YOU allegedly injured in the INCIDENT.

16   **SPECIAL INTERROGATORY NO. 30:**

17        Please IDENTIFY YOUR primary care physician at the time of the INCIDENT.

18                                             **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

19

20   Dated:  April 29, 2022              By: _____
                                             Andrew N. Kohn, Esq.
21                                           Carey J. Ramin, Esq.
                                             Attorneys for Defendant
22                                           **WALMART INC.**

23

24

25

26

27

28

2354-9559

DEFENDANT WALMART INC.'S SPECIAL INTERROGATORIES PROPOUNDED TO
PLAINTIFF DENIZ FELIX-LIN (SET ONE)

Exhibit 3
26

**PROOF OF SERVICE**
*Deniz Felix-Lin v. Walmart Inc., et al.*
**Los Angeles County Superior Court Case No. 22STCV09208**

I, the undersigned, declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action.  I am employed in the County of San Diego, California, and my business address is 11622 El Camino Real, Suite 300, San Diego, California 92130.

On **April 29, 2022,** I caused to be served the following document:

- **DEFENDANT WALMART INC.'S SPECIAL INTERROGATORIES PROPOUNDED TO PLAINTIFF DENIZ FELIX-LIN (SET ONE)**

**[X]     BY ELECTRONIC DELIVERY (Code Civ. Proc. § 1010.6 and Cal. Rules of Court, rule 2.251):**  Based on an agreement between the parties to accept service by e-mail or electronic transmission, I caused such document(s) to be electronically served to those parties listed below from e-mail address lzamroa@pettitkohn.com.  The file transmission was reported as complete and a copy of the Service Receipt will be maintained with the original document(s) in our office.

Krystale Rosal, Esq.
FIORE LEGAL, INC.
136 E. Lemon Avenue
Monrovia, CA 91016
Tel:     (626) 856-5856
Fax:     (626) 386-5520
Email: krosal@fiorelegal.com
**Attorneys for Plaintiff**
**DENIZ FELIX-LIN**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 29, 2022,** at San Diego, California.

_____
Luis Zamora

2354-9559

6

DEFENDANT WALMART INC.'S SPECIAL INTERROGATORIES PROPOUNDED TO
PLAINTIFF DENIZ FELIX-LIN (SET ONE)

Exhibit 3
27



## Publicly Traded Disclosure Information

### CORPORATION

| | |
|---|---|
| Corporation Name: | WALMART INC. |
| Corporation Number: | 1634374 |
| Bankruptcy: | N |
| Legal Proceedings (Material pending legal proceeding(s)) | Y |
| Legal Proceedings (Legally liable in any material legal proceeding(s)) | Y |

### INDEPENDENT AUDITOR

| | |
|---|---|
| Prepared most recent auditor's report: | ERNST & YOUNG LLP |
| Employed by the corporation as of the date of the statement: | |

### BOARD OF DIRECTOR INFORMATION

| | |
|---|---|
| Number of Female Directors on the Board: | 3 or More Directors |
| Number of Underrepresented Directors on the Board: | |

### DIRECTORS AND EXECUTIVE OFFICERS

| Name | Compensation | Shares | Options | Bankruptcy | Fraud | Title |
|---|---|---|---|---|---|---|
| CESAR CONDE | 100,000 | 1,433 | 0 | N | N | Director |
| TIMOTHY P. FLYNN | 124,990 | 1,433 | 0 | N | N | Director |
| SARAH J. FRIAR | 119,865 | 1,433 | 0 | N | N | Director |
| CARLA A. HARRIS | 99,948 | 1,433 | 0 | N | N | Director |
| THOMAS W. HORTON | 155,000 | 1,433 | 0 | N | N | Director |
| MARISSA A. MAYER | 100,012 | 1,433 | 0 | N | N | Director |
| GREGORY B. PENNER | 212,713 | 2,354 | 0 | N | N | Director |
| STEVEN S REINEMUND | 122,129 | 1,433 | 0 | N | N | Director |
| S. ROBSON WALTON | 100,000 | 1,433 | 0 | N | N | Director |
| STEUART L. WALTON | 119,865 | 1,433 | 0 | N | N | Director |

**WALMART INC. (1634374)**

| | |
|---|---|
| Initial Filing Date | 02/03/1989 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 702 SW 8TH STREET BENTONVILLE, AR 72716 |
| Mailing Address | 702 SW 8TH STREET BENTONVILLE, AR 72716 |
| Statement of Info Due Date | 02/28/2023 |
| Agent | 1505 Corporation 112 C T CORPORATION SYSTEM 330 N BRAND BLVD STE 700 GLENDALE, CA 91203 |
| PT Info | View Publicly Traded Disclosure Information |

View History       Request Access

© 2022 CA Secretary of State

Exhibit 4
28



## Search Incorporations, Cooperatives, Banks and Insurance Companies

This is only a preliminary search and no guarantee that a name is available for initial filing until a confirmation has been received from the Secretary of State after filing has been processed Please review our NAME AVAILABILITY GUIDELINES HERE prior to searching for a new entity name.

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | WALMART INC. |
| Fictitious Names | BUD'S DISCOUNT CITY |
| | BUD'S WAREHOUSE OUTLET |
| | BUD'S WAREHOUSE OUTLET |
| | FORT SMITH REMARKETING |
| | SAM'S CLUB |
| | SAM'S WHOLESALE CLUB |
| | WAL-MART |
| | WAL-MART AVIATION |
| | WAL-MART EXPRESS |
| | WAL-MART NEIGHBORHOOD MARKET |
| | WAL-MART NEIGHBORHOOD MARKET |
| | WAL-MART SUPERCENTER |
| | WAL-MART SUPERCENTER |
| | WAL-MART SUPERCENTER |
| | WAL-MART SUPERCENTER #1147 |
| | WAL-MART SUPERCENTER #8 |
| | WAL-MART VACATIONS |
| | WALTON LIFE FITNESS CENTER |
| Filing # | 100067582 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | C T CORPORATION SYSTEM |
| Agent Address | 124 WEST CAPITOL AVENUE, SUITE 1900 |
| | LITTLE ROCK, AR 72201 |
| Date Filed | 03/31/1970 |
| Officers | SEE FILE, Incorporator/Organizer |
| | RICKY YOUNG , Tax Preparer |
| | C DOUGLAS MCMILLON , President |
| | RACHEL BRAND , Secretary |
| | WAYNE HAMILTON , Vice-President |
| | AMANDA WHALEN , Treasurer |
| | DAVID CHOJNOWSKI , Controller |
| Foreign Name | N/A |
| Foreign Address | 702 SW 8TH STREET |
| | BENTONVILLE, AR 72716 |
| State of Origin | DE |

**Purchase a Certificate of Good Standing for this Entity**        **Pay Franchise Tax for this corporation**



Exhibit 6
30

8.      Plaintiff claims the amount in controversy exceeds $75,000. (Exhibit 2, Plaintiff's response to Request for Admission No. 1.)

9.      Plaintiff's response to written discovery regarding Plaintiff's California citizenship and amount in controversy was served to Walmart on May 31, 2022. Removal is timely under 28 U.S.C. section 1446 (b) because this Notice of Removal is filed within 30 days of Walmart receiving the responses to discovery showing that the case is removable.

10.     Because the State Action is pending in the Superior Court of California in and for the County of Los Angeles, removal of this action to this District Court is proper under 28 U.S.C. section 1441 (a).

11.     Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff.  A true and correct copy of this Notice of Removal and the concurrently-filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Superior Court of the State of California in and for the County of Los Angeles as soon as practicable.

WHEREFORE, Walmart requests that the above-entitled action be removed from the Superior Court of the State of California, County of Los Angeles, to this District Court.

PETTIT KOHN INGRASSIA LUTZ & DOLIN PC

Dated:  June 24, 2022         By:     s/ Carey J. Ramin
                                       Andrew O. Smith, Esq.
                                       Carey J. Ramin, Esq.
                                       Attorneys for Defendant
                                       WALMART INC.
                                       aosmith@pettitkohn.com
                                       cramin@pettitkohn.com

2354-9559