Electronically FILED by Superior Court of California, County of Los Angeles on 03/15/2022 09:01 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton,Deputy Clerk

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>KRYSTALE ROSAL SBN 272531<br>FIORE LEGAL, INC.<br>136 E. LEMON AVENUE<br>MONROVIA, CA 91016<br>TELEPHONE NO: 626-856-5856    FAX NO. *(Optional)*: 626-386-5520<br>E-MAIL ADDRESS *(Optional)*: krosal@fiorelegal.com<br>ATTORNEY FOR *(Name)*: PLAINTIFF | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 312 N. SPRING STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME:

PLAINTIFF: DENIZ FELIX-LIN,

DEFENDANT: WALMART, INC.; WALMART STORE #2292 AND

[X] DOES 1 TO  20, INCLUSIVE,

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number)*:
Type *(check all that apply)*:
[ ] MOTOR VEHICLE         [X] OTHER *(specify)*: PREMISES LIABILITY
[ ] Property Damage       [ ] Wrongful Death
[X] Personal Injury       [ ] Other Damages *(specify)*:

**Jurisdiction** *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:
22STCV09208

1. **Plaintiff** *(name or names)*: DENIZ FELIX-LIN,

   alleges causes of action against **defendant** *(name or names)*: WALMART, INC.; WALMART STORE #2292

2. This pleading, including attachments and exhibits, consists of the following number of pages:   5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: FELIX-LIN V. WALMART, INC.; ET AL. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* WALMART, INC.        c. ☐ **except** defendant *(name):*

   | | | |
   |---|---|---|
   | (1) ☐ a business organization, form unknown | (1) ☐ a business organization, form unknown |
   | (2) ☒ a corporation | (2) ☐ a corporation |
   | (3) ☐ an unincorporated entity *(describe):* | (3) ☐ an unincorporated entity *(describe):* |
   | (4) ☐ a public entity *(describe):* | (4) ☐ a public entity *(describe):* |
   | (5) ☐ other *(specify):* | (5) ☐ other *(specify):* |

   b. ☒ **except** defendant *(name):* WALMART STORE #2292        d. ☐ **except** defendant *(name):*

   | | |
   |---|---|
   | (1) ☒ a business organization, form unknown | (1) ☐ a business organization, form unknown |
   | (2) ☐ a corporation | (2) ☐ a corporation |
   | (3) ☐ an unincorporated entity *(describe):* | (3) ☐ an unincorporated entity *(describe):* |
   | (4) ☐ a public entity *(describe):* | (4) ☐ a public entity *(describe):* |
   | (5) ☐ other *(specify):* | (5) ☐ other *(specify):* |

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1 TO 10        were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 11 TO 20       are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: FELIX-LIN V. WALMART, INC.; ET AL. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [ ] Motor Vehicle
    b. [X] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [X] Premises Liability
    f. [ ] Other *(specify):*

11. Plaintiff has suffered
    a. [X] wage loss
    b. [ ] loss of use of property
    c. [X] hospital and medical expenses
    d. [X] general damage
    e. [X] property damage
    f. [X] loss of earning capacity
    g. [X] other damage *(specify):* PRE AND POST JUDGMENT INTEREST

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [ ] punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) [X] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 03/08/2022

MAURO FIORE, JR.
(TYPE OR PRINT NAME)

▶ /s/ Mauro Fiore, Jr.
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]            **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**            Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: FELIX-LIN V. WALMART, INC.; ET AL. | CASE NUMBER: |
|---|---|

___FIRST___  **CAUSE OF ACTION—General Negligence**  Page __4__
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  DENIZ FELIX-LIN,

alleges that defendant *(name)*:  WALMART, INC.; WALMART STORE #2292 AND

[X] Does _1_ to _20, INCLUSIVE,_

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: 03/24/2020
at *(place)*: 1275 N. AZUSA AVE., COVINA, CA 91722

*(description of reasons for liability):*
DEFENDANTS NEGLIGENTLY, CARELESSLY AND RECKLESSLY HIRED, EMPLOYED, TRAINED AND RETAINED THEIR EMPLOYEE WHO WHILE OPERATING A PALLET JACK DURING THEIR SCOPE OF THEIR EMPLOYMENT FOR DEFENDANT, STRUCK PLAINTIFF WITH THE PALLET JACK. AS A RESULT PLAINTIFF SUSTAINED DAMAGES AND PHYSICAL INJURIES AS ALLEGED HEREIN.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal Solutions Plus

Code of Civil Procedure 425.12

PLD-PI-001(4)

| SHORT TITLE: FELIX-LIN V. WALMART, INC.; ET AL. | CASE NUMBER: |
|---|---|

SECOND _____ CAUSE OF ACTION—Premises Liability         Page __5__
(number)

ATTACHMENT TO  [X] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: DENIZ FELIX-LIN,
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: 03/24/2020  plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:
DEFENDANTS NEGLIGENTLY, CARELESSLY AND RECKLESSLY HIRED, EMPLOYED, TRAINED AND RETAINED THEIR EMPLOYEE WHO WHILE OPERATING A PALLET JACK DURING THEIR SCOPE OF THEIR EMPLOYMENT FOR DEFENDANT, STRUCK PLAINTIFF WITH THE PALLET JACK. AS A RESULT PLAINTIFF SUSTAINED DAMAGES AND PHYSICAL INJURIES AS ALLEGED HEREIN.

Prem.L-2.  [X] **Count One--Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*: WALMART STORE #2292 AND

[X] Does 1 to 20

Prem.L-3.  [ ] **Count Two--Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does ____ to ____
Plaintiff, a recreational user, was  [ ] an invited guest  [ ] a paying guest.

Prem.L-4.  [ ] **Count Three--Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does ____ to ____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*: WALMART STORES, INC.; WALMART STORE #2292 AND

[X] Does 1 to 20

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Legal Solutions Plus

Code of Civil Procedure, § 425.12